UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

OTIS R. ELION,

    Defendant.

Case No. 06-cr-40061-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Otis R. Elion's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(B) and the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (2018).

To the extent the defendant seeks a reduction pursuant to § 404 of the First Step Act, ordinarily, as a matter of course pursuant to Administrative Order 234, the Court would invite the Federal Public Defender's Office ("FPD") to enter an appearance voluntarily to represent the defendant in seeking a sentence reduction pursuant to the First Step Act.  However, the FPD has informed the Court is has a conflict of interest and cannot represent the defendant.  Therefore, pursuant to Administrative Order 234, the Court authorizes the Federal Public Defender's Office for the Eastern District of Missouri ("FPD-EDMO") to enter its appearance and invites it to do so on the defendant's behalf.  If the FPD-EDMO appears and plans to file an amended motion for reduction, it may do so, but it shall provide courtesy copies to the United States Attorney's Office and the Probation Office at least 7 days prior to filing the motion.  If the United States Attorney's Office is in agreement with the motion, the FPD-EDMO shall file the motion as an "agreed" motion and no response is required.  Response periods for an FPD-EDMO's contested

motion for a reduction or an FPD-EDMO's motion to withdraw are governed by Administrative Order 234.  Additionally, there shall be a 14-day reply period.

To the extent the defendant seeks a calculation of his good time credit after the First Step Act, the Court advises the defendant that "[r]equests for sentence credit, or for recalculation of time yet to serve . . . must be presented to the Attorney General (or [his] delegate, the Bureau of Prisons), and adverse decisions may be reviewed by an action under 28 U.S.C. § 2241." *Romandine v. United States*, 206 F.3d 731, 736 (7th Cir. 2000); *accord United States v. Earls*, 755 Fed. App'x 581, 582 (7th Cir. 2019).  The defendant should exhaust his administrative remedies with the Bureau of Prisons regarding calculation of good time credit, and if he is not satisfied with the result, he may reapply to the District Court in the district of his confinement for relief under 28 U.S.C. § 2241.

The Clerk of Court is **DIRECTED** to send a copy of this order to the FPD and the FPD-EDMO, and to send a copy of Administrative Order 234 and a form for filing a case under 28 U.S.C. § 2241 to the defendant.

**IT IS SO ORDERED.**
**DATED:  October 1, 2019**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
